In the Matter of the Application of the CITY OF NEW
YORK, Respondent, Relative to Acquiring Title to Real
Property Required for an Addition to Fort Washington
Park, in the Borough of Manhattan.
EMPIRE MORTGAGE COMPANY, Appellant.

(Argued September 29, 1931; decided October 23, 1931.)

*Henry DeForest Baldwin, Franklin Grady* and *Woodson
D. Scott* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (Joel J. Squier*
and *William B. R. Faber* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN,
KELLOGG, O'BRIEN and HUBBS, JJ.